## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ROSA MARIA BELLO MARTAGON and JUAN JORGE MARIN HERNANDEZ, **Plaintiffs,** | § § § § § | |
| vs. | § § | CIVIL ACTION NO. [*_____*] |
| ALEJANDRO MURILLO AND OVERNIGHT CLEANSE, L.L.C., **Defendants.** | § § § § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

1.     Defendants, Alejandro Murillo and Overnight Cleanse, L.L.C., by their undersigned attorney, respectfully show this Court:

2.     On August 28, 2018, Cause No. DC-18-12500 was commenced against Defendants in the 14TH District Court of Dallas County, Texas, and is now pending therein.

3.     On September 10, 2018, Defendants were served with Plaintiff's Original Petition in the above-entitled action.

4.     As of the date of this filing, no pleadings have been filed in the state court action other than the Plaintiff's petition.  Copies of the state court docket, all process, pleadings and orders served upon Defendants in the above-entitled action are attached hereto and identified in the Index of Pleadings filed herewith.

5.     This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1331, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(c). Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where

the suit has been pending is located in this district.

     6.     The above-entitled action is a civil action for claims under the federal Fair Labor Standards Act, 29 U.S.C. §201, et. seq. for which Plaintiffs claim they are entitled to relief pursuant to 29 U.S.C. §216(b).

     7.     This notice is filed with this Court within 30 days after service on Defendants of Plaintiff's Original Petition in the above-entitled action.

     8.     All Defendants who have been properly joined and served join in or consent to the removal of this case to federal court.

     9.     Plaintiffs did not demand a jury in state court.

     WHEREFORE, Defendants pray that the above-entitled action be removed from the 14th District Court of Dallas County, Texas to this Court.

Respectfully submitted,

Kessler Collins, P.C.

By: _____

Casey S. Erick
Texas Bar No. 24028564
E-Mail: CErick@kesslercollins.com
2100 Ross Avenue, Suite 750
Dallas, Texas 75201
Tel. (214) 379-0732
Fax. (214) 373-4714
E-Mail: CErick@kesslercollins.com
Attorney for Defendants
Alejandro Murillo and Overnight Cleanse, L.L.C.

NOTICE OF REMOVAL – PAGE 2

## CERTIFICATE OF SERVICE

I also hereby certify that on September 28, 2018, I electronically filed the Notice of Removal with the Clerk of the Court using the CM/EMF system, which will send notification of such filing to Shana Khader.

By: _____

## INDEX OF PLEADINGS

1. Civil Case Information Sheet          Filed: August 28, 2018

2. Plaintiffs' Original Petition          Filed:   August 28, 2018

3. Form No. 353-3-Citation State of Texas

       a.   Alejandro Murillo          Issued: September 7, 2018

       b.   Overnight Cleanse, LLC          Issued: September 7, 2018

4. Affidavit of Service (Alejandro Murillo)          September 10, 2018

5. Affidavit of Service (Overnight Cleanse, LLC)          September 10, 2018

## Case Information

DC-18-12500 | ROSA MARIA BELLO MARTAGON, et al vs. ALEJANDRO MURILLO, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| **DC-18-12500** | **14th District Court** | **MOYE', ERIC** |
| File Date | Case Type | Case Status |
| **08/28/2018** | **CNTR CNSMR COM DEBT** | **OPEN** |

## Party

PLAINTIFF
**BELLO MARTAGON, ROSA MARIA**

Address
1250 W. Mockingbird Ln.
Suite 455
Dallas TX 75247

PLAINTIFF
**MARIN HERNANDEZ, JUAN JORGE**

Address
1250 W. Mockingbird Ln,
Suite 455
Dallas TX 75247

DEFENDANT
**MURILLO, ALEJANDRO**

Address
2748 IVANDELL AVE
DALLAS TX 75211

DEFENDANT
**OVERNIGHT CLEANSE LLC**

Address

BY SERVING ITS REGISTERED AGENT
JOSEFINA MURILLO
2748 IVANDELL AVE
DALLAS TX 75211

## Events and Hearings

08/28/2018 NEW CASE FILED (OCA) - CIVIL

08/28/2018 ORIGINAL PETITION ▾

ORIGINAL PETITION

08/28/2018 CASE FILING COVER SHEET ▾

CIVIL CASE INFO SHEET

08/28/2018 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

09/07/2018 CITATION▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/14/2018

Comment
ESERVE/KM

09/07/2018 CITATION▾

Anticipated Server
ESERVE

Anticipated Method
Comment
ESERVE/KM

09/14/2018 RETURN OF SERVICE ▾

AFFIDAVIT OF SERVICE: ALEJANDRO MURILLO

Comment
**AFFIDAVIT OF SERVICE: ALEJANDRO MURILLO**

09/14/2018 RETURN OF SERVICE ▾

AFFIDAVIT OF SERVICE: OVERNIGHT CLEANSE LLC

Comment
**AFFIDAVIT OF SERVICE: OVERNIGHT CLEANSE LLC**

## Financial

BELLO MARTAGON, ROSA MARIA

| | | | | | |
|---|---|---|---|---|---|
| | Total Financial Assessment | | | | $308.00 |
| | Total Payments and Credits | | | | $308.00 |
| 8/30/2018 | Transaction Assessment | | | | $308.00 |
| 8/30/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 57328-2018-DCLK | BELLO MARTAGON, ROSA MARIA | | ($308.00) |

## Documents

ORIGINAL PETITION

CIVIL CASE INFO SHEET

ISSUE CITATION

ISSUE CITATION

AFFIDAVIT OF SERVICE: ALEJANDRO MURILLO

AFFIDAVIT OF SERVICE: OVERNIGHT CLEANSE LLC

**CIVIL CASE INFORMATION SHEET**

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____  DC-18-12500

COURT *(FOR CLERK USE ONLY):* _____

STYLED  Rosa Maria Bello Martagon and Juan Jorge Marin Hernandez v. Alejandro Murillo and Overnight Cleanse, LLC

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>Shana Khader | Email:<br><br>skhader@equaljusticecenter.org | Plaintiff(s)/Petitioner(s):<br><br>Rosa Maria Bello Martagon<br><br>Juan Jorge Marin Hernandez | ☑ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br><br>1450 W. Mockingbird Ln. Ste. 455 | Telephone:<br><br>(469) 228-4233 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br><br>Dallas, TX 75247 | Fax:<br><br>(426) 941-0861 | Defendant(s)/Respondent(s):<br><br>Alejandro Murillo<br><br>Overnight Cleanse, LLC | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br><br>/s/ Shana Khader | State Bar No:<br><br>24099860 | [Attach additional page as necessary to list all parties] | Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☑ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br> ☐ Accounting<br> ☐ Legal<br> ☐ Medical<br> ☐ Other Professional<br>  Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br> ☐ Asbestos/Silica<br> ☐ Other Product Liability<br>  List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/<br> Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br> Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br> ☐ With Children<br> ☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign<br> Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br> of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br> Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br> Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br> Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: | | |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1):*

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case):*

☑ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

**EXHIBIT 1**

FILED
DALLAS COUNTY
8/28/2018 4:34 PM
FELICIA PITRE
DISTRICT CLERK

Christi Underwood

CAUSE NO. DC-18-12500 _____

| | | |
|---|---|---|
| **ROSA MARIA BELLO MARTAGÓN and** | § | **IN THE DISTRICT COURT** |
| **JUAN JORGE MARIN HERNANDEZ,** | § | |
| | § | **NO.** A-14 _____ |
| *Plaintiffs,* | § | |
| | § | |
| *v.* | § | |
| | § | |
| **ALEJANDRO MURILLO and** | § | |
| **OVERNIGHT CLEANSE, LLC,** | § | |
| | § | |
| *Defendants.* | § | **OF DALLAS COUNTY, TEXAS** |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE COURT:

### INTRODUCTION

Plaintiffs Rosa Maria Bello Martagón and Juan Jorge Marin Hernandez ("Plaintiffs")

bring this suit against Defendants Alejandro Murillo and Overnight Cleanse, LLC

("Defendants"), who employed Plaintiffs to do detailed cleaning overnight each night at two

high-end restaurants in the Dallas-Fort Worth area. Despite repeated promises to pay, Defendants

did not pay Plaintiffs at all for the work they performed in March 2018, and made only partial

payment for their work in February 2018. As a result, Plaintiffs now seek to recover their unpaid

contract compensation and minimum wages, plus liquidated damages, interest, costs, and

attorneys' fees as provided by law.

### DISCOVERY CONTROL PLAN

1.      Plaintiffs intend for this suit to be conducted under Discovery Level 1, pursuant to

Tex. R. Civ. P. 190.2.

Plaintiffs' O

**EXHIBIT
2**

## PARTIES

2.     Plaintiffs Rosa Maria Bello Martagón and Juan Jorge Marin Hernandez are individuals residing in Dallas County, Texas.

3.     Defendant Alejandro Murillo is an individual residing in Dallas County, Texas. He may be served at his residence at 2748 Ivandell Avenue, Dallas, TX 75211.

4.     Defendant Overnight Cleanse, LLC is a domestic limited liability company doing business in Texas that may be served through its registered agent, Josefina Murillo, at 2748 Ivandell Avenue, Dallas, TX 75211.

## VENUE

5.     Venue is proper in Dallas County, Texas as a substantial part of the Plaintiffs' employment by, and/or work for Defendants took place in Dallas County, Texas and a substantial part of Defendants' actions violating Plaintiffs' employment rights occurred in Dallas County, Texas. In addition, Defendants reside and do business in Dallas County, Texas.

## REQUEST FOR DISCLOSURE

6.     Plaintiffs request that Defendants serve upon Plaintiffs, within 50 days of receipt of this petition, disclosure of all information listed under Rule 194.2(a)-(i) of the Texas Rules of Civil Procedure, in accordance with the requirements of Rule 194.

## FACTS

7.     At all times relevant to this action, Plaintiffs were employees of Defendants.

8.     Defendant Murillo began to employ Plaintiffs in approximately 2008 to perform commercial cleaning.

9.      In approximately 2008, Defendant Murillo assigned Plaintiffs to perform detailed cleaning overnight each night at The Capital Grille location at 500 Crescent Court in Dallas, Texas.

10.     Defendant Murillo agreed to pay Plaintiff Martagón $1,000 per month to perform detailed cleaning of the kitchen each night at The Capital Grille location in Dallas.

11.     Defendant Murillo agreed to pay Plaintiff Marin $1,600 per month to perform detailed cleaning of the kitchen each night at The Capital Grille location in Dallas.

12.     In approximately 2012, Defendant Murillo assigned Plaintiffs to perform detailed cleaning overnight each night at The Capital Grille location at 7300 Dallas Parkway in Plano, Texas.

13.     Defendant Murillo agreed to pay Plaintiffs $2,400 each per month to perform detailed cleaning every night of the kitchen and seating area at The Capital Grille location at 7300 Dallas Parkway in Plano, Texas.

14.     In January 2017, Defendant Murillo formed Defendant Overnight Cleanse, LLC.

15.     Defendant Murillo and his wife Josefina Murillo are the sole members of Defendant Overnight Cleanse.

16.     During their employment, Defendant Murillo sometimes paid Plaintiffs in cash and sometimes paid Plaintiffs by check drawn on an account in the name of Defendant Overnight Cleanse.

17.     At all times relevant to this action, Plaintiffs worked full time for Defendants, each working approximately 70 hours per week.

18.     In February 2018, Plaintiffs cleaned the Dallas and Plano locations of The Capital Grille as assigned by Defendants.

19.     For work performed in February 2018, Defendants did not compensate Plaintiffs at the agreed rates for their work. Instead, Defendant Murillo made only partial payment of $1,500 each by checks drawn on an account in the name of Defendant Overnight Cleanse.

20.     Defendant Murillo promised further payment on a later date and asked that Plaintiffs continue working.

21.     In reliance on Defendant Murillo's promise of forthcoming payment, Plaintiffs continued working for Defendants until approximately March 26, 2018.

22.     Defendants made no further payment to Plaintiffs for their work performed in February 2018.

23.     Defendants did not compensate Plaintiffs at all for their work performed in March 2018.

24.     Between March 2018 and May 2018, Defendant Murillo made repeated promises to pay Plaintiffs but failed to do so.

25.     On or about May 31, 2018, Plaintiffs presented their claims for unpaid wages to Defendants. More than 30 days have passed and Defendants have not tendered the amounts owed to Plaintiffs.

26.     Plaintiffs have satisfied all conditions precedent to bringing their claims.

## CAUSES OF ACTION

### (1) TEXAS MINIMUM WAGE ACT – MINIMUM WAGE

27.     In February and March 2018, the above-described actions by Defendants violated Plaintiffs' right to receive the minimum wage in violation of the Texas Minimum Wage Act, Tex. Lab. Code § 62.051 *et seq.*

## (2) FAIR LABOR STANDARDS ACT – MINIMUM WAGE

28.     In the alternative, the above-described actions by Defendants in February and March 2018 violated Plaintiffs' right to receive the minimum wage in violation of the federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, for which the Plaintiffs are entitled to relief pursuant to 29 U.S.C. § 216(b).

## (3) BREACH OF CONTRACT

29.     By agreeing to compensate Plaintiffs for their labor, as described above, Defendant Murillo entered into valid contracts with each Plaintiff.

30.     By agreeing to compensate Plaintiffs for their labor, as described above, Defendant Murillo entered into valid contracts with each Plaintiff on behalf of Defendant Overnight Cleanse.

31.     Plaintiffs fully performed their obligations under each contract.

32.     In the alternative, Plaintiffs substantially performed their obligations under each contract.

33.     For each contract, Defendants breached the contract by failing to pay Plaintiffs the agreed compensation for the work.

34.     For each contract, Defendants' breach caused injury to Plaintiffs, including lost profits and consequential damages, for which Plaintiffs are entitled to damages and all other relief in accordance with Texas law.

## (4) PERPETRATION OF FRAUD BY ALTER EGO

35.     Defendant Overnight Cleanse was used as an alter ego for Defendant Murillo.

36.     Defendant Murillo used Defendant Overnight Cleanse to perpetrate an actual fraud against Plaintiffs by procuring their continued labor in March 2018 using false promises that he would eventually pay them.

37.     By so doing, Defendant Murillo procured Plaintiffs' labor with dishonesty of purpose or intent to deceive.

38.     Defendant Murillo benefitted personally from perpetration of this fraud by using funds promised to Plaintiffs for his personal expenses.

39.     As a result, Defendant Murillo is individually liable for Defendant Overnight Cleanse's contracts with Plaintiffs pursuant to Section 21.223 of the Texas Business Organizations Code.

### (5) QUANTUM MERUIT

40.     Alternatively, as a result of Defendants' actions, even if there was no contract covering Plaintiffs' work, Plaintiffs are entitled to damages under Texas law pursuant to the common law doctrines of quantum meruit and unjust enrichment, including costs and attorneys' fees.

41.     Plaintiffs provided Defendants, for Defendants' benefit, with the agreed-upon services.

42.     For each service, Defendants accepted the services provided by Plaintiffs and knew or should have known that Plaintiffs expected compensation when Defendants accepted Plaintiffs' services.

43.     For each service, Plaintiffs are entitled to damages pursuant to the common law doctrines of quantum meruit and unjust enrichment.

## ATTORNEYS' FEES

44.     As a result of Defendants' actions, Plaintiffs have had to engage counsel to pursue their claims and protect their legal rights. Plaintiffs are entitled to attorneys' fees under the Texas Minimum Wage Act, Tex. Lab. Code § 62.051 *et seq.*; the Federal Fair Labor Standards Act, 29 U.S.C. § 216(b); and Chapter 38 of the Texas Civil Practice and Remedies Code.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that Defendants be cited to appear and answer, and that, upon a final hearing, Plaintiffs be granted a judgment against Defendants for:

a.     the amount of Plaintiffs' unpaid minimum wages;

b.     an equal amount in liquidated damages;

c.     the amount of Plaintiffs' unpaid contract compensation;

d.     the amount of Plaintiffs' consequential damages;

e.     pre-judgment interest as provided by law;

f.     post-judgment interest as provided by law;

g.     costs of court, attorneys' fees, and expenses; and

h.     such other and further relief, at law or in equity, to which Plaintiffs may justly be entitled.

Respectfully submitted,

EQUAL JUSTICE CENTER

/s/ Shana Khader
Shana Khader
Texas Bar No. 24099860
1250 W. Mockingbird Lane, Ste. 455
Dallas, Texas 75247

Plaintiffs' Original Petition 7

skhader@equaljusticecenter.org
Tel: (469) 228-4233
Fax: (469) 941-0861

Anna Bocchini
Texas Bar No. 24057410
510 S. Congress Ave., Ste. 206
Austin, Texas 78704
abocchini@equaljusticecenter.org
Tel: (512) 474-0007 x. 105
Fax: (512) 474-0008

**ATTORNEYS FOR PLAINTIFFS**

## VERIFICATION

I hereby certify that the factual statements in the attached complaint are true.
*Con la presente, certifico que las declaraciones factuales en la demanda adjunta son verdaderas.*

x _____
     Plaintiff

Subscribed and sworn to by __Rosa Maria Bello__ , on this _22_ day of
_August_ , 2018, who is personally known to me or produced appropriate official identity documentation.

_____
Notary public

Notary Seal:

> ESTEFANIA RODRIGUEZ MEJIA
> Notary Public, State of Texas
> Comm. Expires 11-15-2021
> Notary ID 131353097

## VERIFICATION

I hereby certify that the factual statements in the attached complaint are true.
*Con la presente, certifico que las declaraciones factuales en la demanda adjunta son
verdaderas.*

X _____
Plaintiff

Subscribed and sworn to by _____ Juan Marin _____, on this  22  day of
__August__, 2018, who is personally known to me or produced appropriate official identity
documentation.

_____
Notary public

Notary Seal:

ESTEFANIA RODRIGUEZ MEJIA
Notary Public, State of Texas
Comm. Expires 11-15-2021
Notary ID 131353097

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

    **ALEJANDRO MURILLO**
    **2748 IVANDELL AVE**
    **DALLAS TX 75211**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and petition, a default judgment may be
taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ROSA MARIA BELLO MARTAGÓN AND JUAN JORGE MARIN
HERNANDEZ**

Filed in said Court **28th day of August, 2018** against

**ALEJANDRO MURILLO AND OVERNIGHT CLEANSE, LLC**

For Suit, said suit being numbered **DC-18-12500**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a
copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2018.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
    KARI MALONE

---

**ESERVE**

**CITATION**

DC-18-12500

**ROSA MARIA BELLO MARTAGON, et
al**
vs.
**ALEJANDRO MURILLO, et al**

ISSUED THIS
7th day of September, 2018

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: KARI MALONE, Deputy

**Attorney for Plaintiff**
**SHANA KHADER**
1250 W. MOCKINGBIRD LANE, STE. 455
DALLAS, TEXAS 75247
469-228-4233
SKHADER@
EQUALJUSTICECENTER.ORG

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



# OFFICER'S RETURN

Case No. : DC-18-12500

Court No.14th District Court

Style: ROSA MARIA BELLO MARTAGON, et al

vs.

ALEJANDRO MURILLO, et al

Came to hand on the _____ day of _____ , 20 _____ , at _____ o'clock _____ .M. Executed at _____ ,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____ ,

20 _____ , by delivering to the within named _____

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By_____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of _____ , 20 _____ ,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

**OVERNIGHT CLEANSE LLC**
**SERVING REGISTERED AGENT JOSEFINA MURILLO**
**2748 IVANDELL AVE**
**DALLAS TX 75211**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ROSA MARIA BELLO MARTAGÓN AND JUAN JORGE MARIN HERNANDEZ**

Filed in said Court **28th day of August, 2018** against

**ALEJANDRO MURILLO AND OVERNIGHT CLEANSE, LLC**

For Suit, said suit being numbered **DC-18-12500,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE,** a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 7th day of September, 2018.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas

By _Kari Maloc_____, Deputy
KARI MALONE



---

**ESERVE**

**CITATION**

**DC-18-12500**

**ROSA MARIA BELLO MARTAGON, et al**
**vs.**
**ALEJANDRO MURILLO, et al**

ISSUED THIS
7th day of September, 2018

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: KARI MALONE, Deputy

**Attorney for Plaintiff**
**SHANA KHADER**
1250 W. MOCKINGBIRD LANE, STE. 455
DALLAS, TEXAS 75247
469-228-4233
SKHADER@
EQUALJUSTICECENTER.ORG

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



EXHIBIT
**36)**

# OFFICER'S RETURN

Case No. : DC-18-12500

Court No.14th District Court

Style: ROSA MARIA BELLO MARTAGON, et al

vs.

ALEJANDRO MURILLO, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____at _____o'clock_____.M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County,_____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of_____, 20_____.

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

FILED
DALLAS COUNTY
9/14/2018 3:51 PM
FELICIA PITRE
DISTRICT CLERK

JAVIER HERNANDEZ

## CAUSE NO. DC-18-12500

| | | |
|---|---|---|
| ROSA MARIA BELLO MARTAGON, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| ALEJANDRO MURILLO, ET AL | § | |
| Defendant. | § | 14TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE

On this day personally appeared **MITCHELL DRAEGER** who, being by me duly sworn, deposed and said:

"The following came to hand on Sep 7, 2018, 5:15 pm,

**CITATION, PLAINTIFF'S ORIGINAL PETITION ,**

and was executed at 2748 Ivandell Ave, Dallas, TX 75211 within the county of DALLAS at 11:35 AM on Mon, Sep 10 2018, by delivering a true copy to the within named

**ALEJANDRO MURILLO**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

**MITCHELL DRAEGER**
PSC 7995 EXP.12-31-2019

BEFORE ME, a Notary Public, on this day personally appeared MITCHELL DRAEGER, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON September 12, 2018

Notary Public, State of Texas

KATHY DRAEGER
Notary Public, State of Texas
Comm. Expires 03-20-2022
Notary ID 129755683


EXHIBIT
4

FILED
DALLAS COUNTY
9/14/2018 3:49 PM
FELICIA PITRE
DISTRICT CLERK

JAVIER HERNANDEZ

## CAUSE NO. DC-18-12500

| | | |
|---|---|---|
| ROSA MARIA BELLO MARTAGON, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| ALEJANDRO MURILLO, ET AL | § | |
| Defendant. | § | 14TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

On this day personally appeared **MITCHELL DRAEGER** who, being by me duly sworn, deposed and said:

"The following came to hand on **Sep 7, 2018, 5:15 pm**,

### CITATION, PLAINTIFF'S ORIGINAL PETITION ,

and was executed at **2748 Ivandell Ave, Dallas, TX 75211** within the county of **DALLAS** at **11:35 AM** on **Mon, Sep 10 2018**, by delivering a true copy to the within named

### OVERNIGHT CLEANSE LLC, BY SERVING REGISTERED AGENT JOSEFINA MURILLO

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."


**MITCHELL DRAEGER**
**PSC 7995 EXP.12-31-2019**

BEFORE ME, a Notary Public, on this day personally appeared **MITCHELL DRAEGER**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON September 12, 2018

**Notary Public, State of Texas**

KATHY DRAEGER
Notary Public, State of Texas
Comm. Expires 03-20-2022
Notary ID 129755883



**EXHIBIT**
**5**